UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yoel Smilowitz, individually and on behalf of all those similarly situated,<br><br>  Plaintiff,<br><br>-against-<br><br>Recovery Solutions Group, LLC,<br><br>  Defendant. | Docket No: 1:18-cv-04917-LDH-VMS |

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: May 3, 2019

| | |
|---|---|
| **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br><br>By: __/s Tina Ma__<br>Tina Ma, Esq.<br>150 E 42nd Street<br>New York, New York 10017<br>Tel: (212) 490-3000<br>*Attorneys for Defendant* | **BARSHAY SANDERS, PLLC**<br><br>By:___/s Craig B. Sanders___<br>Craig B. Sanders<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Tel. (516) 203-7600<br>Email: *ConsumerRights@BarshaySanders.com*<br>Our File No: 116045<br>*Attorneys for Plaintiff* |

So Ordered

s/LaShann DeArcy Hall
─────────────────
LaShann DeArcy Hall
United States District Judge